IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| MARVIS L. STEWART, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | CIVIL ACTION FILE |
| | ) | NO. _____ |
| C.R. ENGLAND, ENGLAND LOGISTICS, INC., ENGLAND CARRIER SERVICES, ECS, PREMIER TRUCK DRIVING SCHOOL AND AARON SALVATORE MUTULO, | ) ) ) ) ) | |
| | ) | |
| Defendants | ) | |

**NOTICE OF REMOVAL**

COME NOW, DEFENDANTS C.R. ENGLAND, INC., ENGLAND LOGISTICS, INC., ENGLAND CARRIER SERVICES, ECS, PREMIER TRUCK DRIVING SCHOOL AND AARON SALVATORE MUTULO ("MUTULO), Defendants in the above-styled civil action, by and through counsel of record, and within the time prescribed by law, file this Notice of Removal in the United States District Court for the Northern District of Georgia, Atlanta Division, and invoke this Court's jurisdiction over this matter, showing the Court as follows:

1

1.

Plaintiff initiated this personal-injury action on or about October 18, 2013 by filing the original Summons and Complaint in the State Court of DeKalb County, Georgia, styled as above (Civil Action File No. 13A49144-6). Plaintiff's complaint was served on C. R. England, Inc., on or about October 23, 2013. (Exhibit "A", Service of Process Transmittal). Plaintiff's claims against Defendants include claims of negligence and personal injury.

2.

Pursuant to the provisions of 28 U.S.C. § 1446, Defendants attach hereto as Composite Exhibit "A", copies of all pleadings and orders served upon Defendants, including copies of all pleadings filed to date in the State Court of DeKalb County Georgia for the above-styled case.

3.

This case is subject to removal under 28 U.S.C. § 1332.

4.

Upon information and belief, Plaintiff is a resident of the state of South Carolina. (See Exhibit "A", Plaintiff's Complaint ¶ 1). This action arises out of an accident which occurred in the DeKalb County, State of Georgia. (See Exhibit "A", Plaintiff's Complaint ¶ 20).

5.

Defendant C.R. England, Inc. is a foreign corporation, with primary business offices in Utah, and was not a citizen of the State of South Carolina at the time of, or immediately prior to, the filing and service of said lawsuit, or at any time thereafter. (See Exhibit "A," Plaintiff's Complaint ¶ 3, and Exhibit "B" attached).

6.

Defendant England Logistics, Inc. is a foreign corporation, with primary business offices in Utah, and was not a citizen of the State of South Carolina at the time of, or immediately prior to, the filing and service of said lawsuit, or at any time thereafter. (See Exhibit "A," Plaintiff's Complaint ¶ 6, and Exhibit "C" attached).

7.

Defendant England Carrier Services is a DBA under the laws of Utah, with primary business offices in Utah, and was not a citizen of the State of South Carolina at the time of, or immediately prior to, the filing and service of said lawsuit, or at any time thereafter. (See Exhibit "A," Plaintiff's Complaint ¶ 9 and, Exhibit "D" attached).

8.

Defendant ECS is a DBA under the laws of Utah, with primary business offices in Utah, and was not a citizen of the State of South Carolina at the time of, or immediately prior to, the filing and service of said lawsuit, or at any time thereafter. (See Exhibit "A," Plaintiff's Complaint ¶ 12 and Exhibit "E" attached).

9.

Defendant Premier Truck Driving School is a DBA under the laws of Utah, with primary business offices in Utah, and was not a citizen of the State of South Carolina at the time of, or immediately prior to, the filing and service of said lawsuit, or at any time thereafter. (See Exhibit "A," Plaintiff's Complaint ¶ 15 and Exhibit "F" attached).

10.

Defendant Aaron Salvatore Mutulo is a resident of California and was not a citizen of the State of South Carolina at the time of, or immediately prior to, the filing and service of said lawsuit, or at any time thereafter. (See Exhibit A: Plaintiff's Complaint, ¶ 17.)

11.

With respect to removal on the basis of diversity jurisdiction, this removal is timely because it has been filed within thirty (30) days after receipt by Defendants,

through service or otherwise, a copy of the initial pleadings setting forth the claim for relief upon which such action or proceeding is based.

12.

Plaintiff's Complaint alleges that as a result of a collision on October 18, 2011 between his tractor trailer and the tractor trailer driven by Defendant Mutulo, he "has sustained serious injuries and damages" and as a result, "has incurred past medical expenses in excess of $250,000." (Exhibit A, Plaintiff's Complaint ¶¶ 22 and 25).

13.

Plaintiffs' Complaint includes an open-ended demand for judgment. (Exhibit "A", Complaint, *ad damnum* clause, ¶ 40)   Therefore, the amount in controversy, exclusive of interest and costs, between Plaintiff and Defendants is likely to exceed the sum of $75,000.00.

14.

This Court has jurisdiction of this matter pursuant to 28 U.S.C. §§ 1332 (a) and 1441 because complete diversity exists between the parties and the amount in controversy exceeds $75,000.00.

15.

Pursuant to 28 U.S.C. § 1447 Defendants are not required to file a removal bond.

16.

By service of a copy of this Notice of Removal as evidenced by the Certificate of Service attached, Defendants hereby give notice of such removal to Plaintiff as required by 28 U.S.C. § 1446.

17.

A true and correct copy of this Notice of Removal will be filed with the Clerk of State Court of DeKalb County, Georgia as required by 28 U.S.C. § 1446.

**Wherefore**, Defendants pray that the above captioned lawsuit be removed to the United States District Court for the Northern District of Georgia, Atlanta Division, that this Court take cognizance and jurisdiction over this claim from the State Court of DeKalb County, Georgia, and that this action shall proceed as removed and under this Court's jurisdiction under 28 U.S.C. § 1332.

Respectfully submitted, this 13th day of November, 2013.

**DREW, ECKL & FARNHAM, LLP**

*/s/ Leslie P. Becknell*
Hall F. McKinley
Georgia Bar No. 495512
Leslie P. Becknell
Georgia Bar No. 046320
Attorneys for Defendants

880 W. Peachtree Street
Atlanta, GA  30309
404-885-1400 / 404-876-0992 (fax)
Hmckinley@deflaw.com
Lbecknell@deflaw.com