# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MARVIS L. STEWART,<br>      Plaintiff,<br><br>v.<br><br>C.R. ENGLAND, INC., et al.,<br>      Defendants. | :<br>:<br>:<br>:   CIVIL ACTION NO.<br>:   1:13-CV-3758-WBH<br>:<br>:<br>: |

## ORDER

As counsel for the parties indicate that this action has been settled, the pending motions, [Docs. 18, 21], are **DENIED** without prejudice, and the Clerk is **DIRECTED** to administratively close this action.

**IT IS SO ORDERED,** this 1st day of June, 2015.

_____
WILLIS B. HUNT, JR.
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)